Rulapaugh, Kenneth  P173837
Name and Prisoner/Booking Number
**Towers Jail**
Place of Confinement
**3127 W. Gibson Ln**
Mailing Address
**Phoenix, AZ  85009**
City, State, Zip Code

LODGED
____ RECEIVED ____ COPY

JUL 1 9 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ S DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Rulapaugh Kenneth D. P173837 ,
(Full Name of Plaintiff)          Plaintiff,

vs.

Maricopa County Sheriffs Office ,

Sheriff Joseph Arpaio          ,

John Doe 1/x  Jane Doe 1/x     ,

All MCSO Housing and Transportation
(Full Name of Each Defendant)    Defendant(s).
Officers and MCSO Medical CHS

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:07-cv-826-ROS-MHB
(To be supplied by the Clerk)

—Jury Trial Demanded—

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    a.  ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
    b.  ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    c.  ☐ Other: (Please specify.) _____

2.  Name of Plaintiff: Kenneth D. Rulapaugh
    Present mailing address: 3127 West Gibson Lane    Phoenix AZ 85009
    (Failure to notify the Court of your change of address may result in dismissal of this action.)

Institution/city where violation occurred: Maricopa County, Towers Jail PHx, AZ

Revised 4/9/06

1

**550/555**

3.  Name of first Defendant: _JOSEPH ARPAIO_. The first Defendant is employed as:
_MARICOPA County Sheriff_ at _MARICOPA County_.
(Position and Title)                              (Institution)

The first Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both).
Explain how the first Defendant was acting under color of law: _SHERIFF AND BOSS OF_
_Adminastrative over All Rules and Action of MCSO Jails_

4.  Name of second Defendant: _All Jailers_. The second Defendant is employed as:
_Detention Officers_ at _Towers Jail MCSO_.
(Position and Title)                              (Institution)

The second Defendant is sued in his/her: ☐ individual capacity ☒ official capacity (check one or both).
Explain how the second Defendant was acting under color of law: _Regulate, Monator_
_Gaurd, Supervise Safty and wellfair of Prisoners!_

5.  Name of third Defendant: _Transportation Officers_ The third Defendant is employed as:
_Holding & Transportation_ at _First Ave Holding For Court_
(Position and Title)                              (Institution)

The third Defendant is sued in his/her: ☐ individual capacity ☐ official capacity (check one or both).
Explain how the third Defendant was acting under color of law: _Hold To Transport To_
_Housing and Transportation To and From Court_

6.  Name of fourth Defendant: _CORRECTIONAL HEALTH SERVICES_ The fourth Defendant is employed as:
_Health Providers_ at _MCSO Correctional Health Services_
(Position and Title)                              (Institution)

The fourth Defendant is sued in his/her: ☐ individual capacity ☒ official capacity (check one or both).
Explain how the fourth Defendant was acting under color of law: _To Provide Medical_
_Needs To Prisoners At Towers Jail MCSO_

**(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)**

## B. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2.  If your answer is "yes," how many lawsuits have you filed? _None_. Describe the previous lawsuits in the spaces provided below.

3.  First prior lawsuit:
    a.  Parties to previous lawsuit:
        Plaintiff: _____ _NONE_ _____
        Defendants: _____

    b.   Court:  (If federal court, identify the district; if state court, identify the county.) _____

    c.   Case or docket number: _____ *NONE* _____
    d.   Claims raised: _____

    e.   Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

    f.   Approximate date lawsuit was filed: _____ *NONE* _____
    g.   Approximate date of disposition: _____

4.   Second prior lawsuit:
    a.   Parties to previous lawsuit:
        Plaintiff: _____
        Defendants: _____ *NONE* _____

    b.   Court:  (If federal court, identify the district; if state court, identify the county.) _____

    c.   Case or docket number: _____ *NONE* _____
    d.   Claims raised: _____

    e.   Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

    f.   Approximate date lawsuit was filed: _____ *NONE* _____
    g.   Approximate date of disposition: _____

5.   Third prior lawsuit:
    a.   Parties to previous lawsuit:
        Plaintiff: _____
        Defendants: _____ *NONE* _____

    b.   Court:  (If federal court, identify the district; if state court, identify the county.) _____

    c.   Case or docket number: _____ *NONE* _____
    d.   Claims raised: _____

    e.   Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

    f.   Approximate date lawsuit was filed: _____ *NONE* _____
    g.   Approximate date of disposition: _____

**(If you filed more than three  lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s): _____
VIOLATION OF PLAINTIFF'S 8TH AMENDMENT US. CONSTITUTION
_____

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
☐ Mail   ☐ Access to the court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☒ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments). ON OR ABOUT OCTOBER 16 2006 THE PLAINTIFF NOTIFIED HOUSING OFFICER TORRES OF PROBLEMS WITH HIS CELL MATE IN 3138 ARTHRO ARVALO. ARVALO AND MATTHEW GRAY WAS PLAINTIFFS CELL MATES WHILE LIVING IN TOWER JAIL MCSO TOWER 3-B Pod-CELL #8. PLAINTIFF IFORMED D.O. TORRES INMATE ARVALO WAS ATTEMPTING TO INDUCE PLAINTIFF INTO A FIGHT. INMATE ARVALO WAS HARASSING PLAINTIFF ABOUT HIS RELEGIOUS AND BIBLE READING WAYS AND HABITS. PLAINTIFF REFUSED TO ENGAGE IN ANY CONFRONTATION AS OF PLAINTIFFS RELEGION. ALSO AS ARVALO WAS YOUNGER THAN THE OLDER PLAINTIFF BY 23 YEARS. PLAINTIFF INFORMED D.O. TORRES ONE OF US NEEDED'S TO B MOVED. THIS WAS AT THE TOP OF THE STAIR WAY IN FRONT OF THE VIDEO. SO PLAINTIFF WOULD HAVE IT ON RECORD. PLAINTIFF WAS VERY WORRIED. D.O. TORRES TOLD PLAINTIFF NOT TO WORRY AS ARVALO HAD A WRITE UP FOR BEING VIOLENT AND HE WOULD BE MOVING TO THE DISCIPLANARY SEGREGATION DETENTION SHORTY. ARVALO HEARD THIS AND ATTEMPTED TO GET PLAINTIFF TO GO INTO THE SHOWER TO FIGHT. THUS AGAIN INFORMED D.O. TORRES OF WHAT WAS TRANSPIRING I WAS IN FEAR.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
WAS PUT IN HOSPITAL. NOW MUST USE WHEELCHAIR TO TRAVIL. INJURYS TO BACK NECK, HEAD AND LEGG. 15 STICHES OVER RIGHT EYE. Needs SURGURY ON BACK REHABILATATION THARPY. HEADACHS, SEVERE PAIN IN HEAD NECK + BACK

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☒ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. COULD NOT GET GRIEVANCES IN TIME ALLOWD MOST OF THE TIME OR WERE NEVER ANSWERD, THROWN AWAY + GOT NO COPY!

4

FROM PAGE 4 / 2 OF 4

1 FOR MY SAFETY. HOWEVER PLAINTIFF WAS AGAIN
2 INFORMED NOT TO WORRY. ARVOLO WOULD GET OVER
3 WHAT WAS BOTHERING HIM. THIS WAS ON OUR
4 HOUR OUT (IN PROTECTIVE CUSTODY INMATES ARE ONLY
5 ALLOWED OUT 60 MINUTES PER DAY). ARVOLO BECAME
6 MORE OBNOXIOUS AND UPON RETURNING TO THE CELL
7 INFORMED PLAINTIFF OF HIS DEMAND FOR PLAINTIFF
8 TO PURCHASE CERTAIN COMISSARY ITEMS FOR ARVOLO
9 OR HE WAS GOING TO (BEAT UP / OR ASSAULT) PLAINTIFF
10 I PLAINTIFF HAD NO CHOICE BUT TO COMPY. AS THE HOUSING
11 OFFICERS REFUSED TO TAKE ANY CORRECTIVE MEASURES
12 IN THIS MATTER. EVEN THOUGH IN PROTECTIVE CUSTODY
13 THINGS CALMED DOWN. LATTER IN THE WEEK THE SITUATION
14 HEATED UP AGAIN EVEN WORSE. PLAINTIFF ASK D.O.
15 SALIAS TO MOVE ARVOLO. D.O. SALIAS ASK WHY AND
16 PLAINTIFF EXPAINED IN DETAIL. PLAINTIFF RECEIVED
17 THE SAME RESPONSE FROM SALIAS AS I RECEIVED FROM
18 D.O. TORRES. NOW THARE WAS OLSO AN ISSUE W. Th THE
19 THIRD CELL MATE MATTHEW GRAY. HE CLAIMED IT WAS
20 UP TO HIM WHO MOVES AS HE HAD BEEN IN THE
21 CELL THE LONGEST. D.O. SALIAS AGREED AND LEFT
22 THE WAS ON 10-20-2006. ON 10-22-06 PLAINTIFF
23 MADE ONE MORE ATTEMPT BUT WAS TOLD BY
24 DO TORRES THARE WAS NO PLACE TO MOVE ANYONE
25 AND HE WAS NOT GOING TO MOVE PEOPLE EVERY-
26 TIME TWO GUYS COULD NOT GET ALONG. AS BEFORE
27 DO. TORRES AND HIS SUPERVISORS ALL IGNORED
28 MY PLEA FOR HEIP AS IT CONCERNED MY SAFETY

FROM PAGE 4/3 OF 4

1. PLAINTIFF REMINDED HOUSING OFFICERS INMATE ARVOLO
2. HAD RECEIVED WRITE UP'S FOR VIOLENCE AND HE REPEATEDLY
3. THREATENED TO "KICK MY ASS". I ALSO SAID YOU KNOW
4. I AM IN P.C. PLAINTIFF WAS THEN TOLD TO BE PATIENT
5. AS ARVOLO WAS GOING TO THE HOLE, BUT WAS LEFT
6. IN PLAINTIFFS CELL TOGETHER. ON 10-25-06 AS THE
7. PLAINTIFF WAS MAKING A SANDWICH ARVOLO DEMAN-
8. DED THE USE OF THE TABLE AND THREW PLAINTIFFS
9. FOOD ON THE FLOOR. THEN COMMENCED BEATING AND
10. ASSAULTING ME PLAINTIFF, ARVOLO THREW PLAINTIFF
11. IN TO THE STEEL DOOR, TABLE, TOILET WALL AND
12. STEEL BED FRAM NUMEROUS TIMES, AT THIS TIME
13. D.O. GABRIEL ENTERED THE B-POD OF TOWERS 3 FOR
14. HIS REGULAR CHECK UP ON INMATES WALK. THE DOOR
15. WAS HEARD BY ARVOLO. HE THEN COVED THE DOOR
16. WITH HIS BLANKET AND PROCEEDED TO BRUTALLY
17. ASSAULT PLAINTIFF. WHEN D.O. GABRIEL CAME TO
18. CELL 3B-8, I PLAINTIFF SCREAMED FOR HELP AND
19. MEDICAL ATTENTION. WHICH WAS IGNORED BY D.O.
20. GABRIEL. PLAINTIFF THEN PULLED THE BLANKET DOWN
21. FROM THE DOOR AND YELLED FOR HELP "MAN DOWN"
22. REPEATEDLY. GABRIEL WAS GOING DOWN THE STAIR-
23. WAY AT THAT TIME AND IGNORED PLAINTIFFS
24. YELL'S FOR MEDICAL HELP ALONG WITH MY PLEA
25. FOR MY LIFE. CELL 3B-12 HAD JUST BEEN LET OUT
26. FOR THEIR HOUR OUT. I BEGGED THEM TO GET HELP.
27. I WAS BLEEDING BAD. I NEEDED MEDICAL HELP
28. THE PLAINTIFF KNOW'S THE INMATES BY NAME

4B

FROM PAGE 4/4 OF 4

1. THE "3" INMATES POUNDED ON THE DOOR AND
2. WINDOWS YELLING "MAN DOWN". FINALLY THAY
3. WERE ABLE TO GET THE ATTENTION OF THE D.O.'s
4. GABRIEL AND GALINDO CAME IN MAD AT THE
5. INMATES FOR YELLING "MAN DOWN". THEN EVENTUALY
6. PLAINTIFF RECEIVED ASSISTANCE AND HAD TO BE
7. CARRIED DOWN THE STAIRWAY. AS PLAINTIFF PASS-
8. ED OUT FROM HEAD AND OTHER INJURY'S. AT THAT
9. TIME OFFICER HALUCHA IN THE TOWER CALLED
10. FOR "MAN DOWN" ON HIS RADIO, AFTER HE SAW
11. THE PLAINTIFFS BLOODY FACE AND HEAD AS THE
12. D.O. CARRIED ME DOWN THE STAIR WAY CHI CHI A
13. NURSE FROM MEDICAL HAD JUST CAME UP TO
14. THE DOOR TO TOWER 3 B POD TO DO A HEALTH
15. CHECK ON INMATES. SHE GASP WHO BEAT UP
16. THIS OLD MAN. SHE ALSO YELLED AT THE TWO
17. DO'S WHY DID YOU LET THIS HAPPEN. GO GET
18. THE PERSON THAT DID THIS. WHILE AT MEDICAL
19. PLAINTIFF SAID HE WANTED TO PRESS CHARGES.
20. AFTER FOUR "4" MONTHS JAIL CRIMES FINALY
21. CAME BY TO QUESTION PLAINTIFF AND ASK IF
22. HE WAS STILL GOING TO PRESS CHARGES. BUT, ALSO
23. JAIL CRIMES DETECTIVES TOLD PLAINTIFF IF HE
24. DID, PLAINTIFF MAY GET A SNITCH LABLE PUT
25. ON HIM. DETECTIVES ALSO STATED THAY WILL
26. NOT BE ABLE TO PROTECT PLAINTIFF FROM
27. A LOT MORE HARM IN THE FUCTURE.
28. THREE MEN TO A CELL WAS A MAJOR FACTOR IN THIS ASSAULT.

4C

## COUNT II

1. The following constitutional or other federal civil right has been violated by the Defendant(s): _____

*Violation of Plaintiffs 8th Amendment U.S. Constitution CRUEL AND UNUSUAL PUNISHMENT*

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
☐ Mail   ☐ Access to the court   ☒ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

*Following the assault on Plaintiff, has informed Medical staff of constant back & neck pain and constant headachs. Body chills nausea and increasing vison blurriness. Plaintiff has submitted numerous medical tank order requests, seeking treatment and/or medication. Although MCSO and DCHS has transported Plaintiff to hospital for x-rays and other examinations his requests for treatment has been ignored. On numerous occurrences Plaint.ff asking for cleaning supplies was always put off, on 12-02-06 was finally had gotten cleaning supplies, he took it upon his self to clean his cell as his cell mates were away. While trying to clean the collection of dust under his lower bunk. He the Plaintiff became in such severe pain he couldn't get off the floor. Upon return of Plaintiffs cell mates Richard Jenson and Mark Fleckenstein. Thay came w/th help Plaintiff up and into his bunk. The Medication nurse Candy came with medication Plaintiff couldn't get to the door to recieve his pill, Candy had to bring it to him Candy seeing the pain in which Plaintiff was in and couldnet move she said she would tell the doctor which she did. The doctor*

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).

*Have had to suffur in extreme pain, also hard to sleep in pain lack of sleep. I feel the injury's have gotten worse. Constant headachs, Blurry vision, dizziness*

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☒ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. *Could not get grievances in time alowed most of the time. or were never answerd. thrown away or get no copy.*

5

FROM PAGE 5-B 2 OF 4

1. AT TOWERS MIDICAL CLINIC CALLED TOWER 6 TO BRING
2. INMATE RULAPAUGH TO MIDICAL. D.O. WHITTNEY
3. CAME TO CELL 01 IN D POD OF TOWER 6 TO TAKE PLAINTIFF
4. TO MIDICAL. AT THAT TIME RULAPAUGH TOLD WHITTNEY
5. AND ANOTHER OFFICER THAT HE COULD NOT WALK THAT
6. HE WAS IN TO MUCH PAIN. PLAINTIFF SAID HE NEEDED
7. A WHEELCHAIR TO GET TO MEDICAL. AT THIS THE OFFICER
8. D.O. WHITTNEY SAID, I AM NOT GETTING YOU NO GODDAM
9. WHEELCHAIR. HE TOLD RULAPAUGH YOU CAN WALK OR
10. YOU DON'T GO. AT THIS RULAPAUGH SHOWED THE D.O.
11. HIS PAPER FOR USE OF A WHEELCHAIR FOR TRAVEL.
12. D.O. WHITTNEY SAID TO BAD. I SEEN YOU WALKING IN
13. THE SHOWER, I WILL NOT GET YOU A WHEELCHAIR PLAINTIFF
14. WAS NEVER TAKEN TO MEDICAL. RULAPAUGH HAS
15. PUT IN GRIEVANCES, BUT THE ISSUES WERE NOT
16. ADDRASED. BUT WAS TURNED GRIEVANCE AGAINST THE
17. PLAINTIFF. TO AVOID THE BLAME OF ONE OF THAIR OWN D.O.'S
18. BECAUSE OF THE GRIEVANCE A D.O. ACCUSED PLAINTIFF
19. OF TRIING NOT TO TAKE HIS PAIN PILL. MY PAIN
20. PILLS WERE STOPED. PLAINTIFF HAD TO ARGUE
21. WITH THE PROVIDER "DOCTOR ASSISTANT" TO GET PAIN
22. PILLS TO START AGAIN AND PLAINTIFF WAS CHARGED
23. FOR THEM 1-16-07. EVEN THOU INJURY'S WERE AT
24. THE FALT OF OFFICERS AT TOWERS JAIL. WHEN I,
25. RULAPAUGH WAS RELEASED FROM THE COUNTY
26. HOSPITAL OF MARICOPA. BECAUSE OF RULAPAUGHS
27. INJURY'S WERE SO SEVERE HE WAS ISSUED A SLIP
28. FROM MEDICAL FOR LOWER LEVEL/LOWER BUNK.

PAGE 5-A 2 OF 4

FROM PAGE 5-C 3 OF 4

1. WHEN I RULAPAUGH GOT TO TOWER'S. HE WAS PUT IN
2. UPER LEVEL/TOP BUNK 14-A POD, TOWER 3. THIS WAS
3. VARY PAINFULL TO PLAINTIFF, AS HE HAD TO CLIMB
4. A LATTER 3 BUNK'S HIGH TO GET IN HIS TOP BUNK
5. TO LAY DOWN AND HAD TO CLIMB DOWN AND BACK
6. UP EVEY TIME PLAINTIFF HAD TO USE THE TOILET
7. OR FOR HIS PAIN PILL. THE SAME WHEN PLAINTIFF'S
8. HOUR OUT CAME TIME. BUT THIS WAS EVEN MUCH
9. MORE PAINFULL, AS PLAINTIFF HAD TO GO DOWN THE
10. 15 STEPS OF THE STAIRWAY TO TAKE A SHOWER. THEN
11. HAD TO GO BACK UP AFTER HIS HOUR WAS OVER.
12. PLAINTIFF HAD TO DO THIS TO GO TO VISITATION OR TO
13. MEDICAL TO GET BLOOD TESTS OR GO TO COURT
14. I THE PLAINTIFF BEGGED OFFICERS SEVERAL TIMES TO
15. MOVE ME TO LOWER LEVEL/LOWER BUNK TO NO AVAIL.
16. PLAINTIFF HAD TO PUT IN A GRIEVANCE AFTER NINE
17. DAY'S TO GET MOVED. IT TOOK (ME) RULAPAUGH THAT
18. LONG TO BE ABLE TO EVEN GET A GRIEVANCE. SO
19. THAT HE COULD WRITE ONE UP TO PRESENT TO D.O.'s.
20. ON 5-22-07 I RULAPAUGH WAS TOLD I WOULD NOT
21. GET ANY MORE PAIN PILLS THAT THE ORDER HAD RAN
22. OUT. THIS HAPPENED WITHOUT WARNNING. I
23. PUT IN MEDICAL REQUEST'S TO GET PAIN MEDICATION
24. REISSUED. BUT THIS WAS IGNORD. PLAINTIFF
25. HAD COURT ON 5-29-07. RULAPAUGHS ATTORNEY
26. CAME IN THE COURT ROOM AND WALKED UP
27. TO PLAINTIFF IN HIS WHEELCHAIR TO SHAKE
28. HIS HAND. MR. ALCANTAR LOOKED AT PLAINTIFF

PAGE 5-B 3 OF 4.

COUNT II

FROM PAGE 5-D 4 OF 4

1. AND ASK ARE YOU ALL RIGHT. I THE PLAINTIFF
2. SAID NO I AM IN SEVERE PAIN. MEDICAL STOPED
3. MY PAIN MEDICATION AND HAVE IGNORD MY
4. REQUEST. MR. ALCANTAR SAID I THOUGHT YOU
5. WERE SICK YOU LOOK TERIBLE. I TOLD HIM THAT
6. MCSO TOWERS MEDICAL HAD IGNORD MY REQUESTS
7. FOR HELP. MR. ALCANTAR BROUGHT THIS TO THE ATTEN
8. TION OF THE HONORABLE JUDGE RICHARD J. GAMA
9. AND EXPLAINED THE SITUATION. THAT THE PLAINTIFF HAD
10. NOT HAD ANYTHING FOR PAIN 7 DAY'S AND WAS IN VERY
11. SEVERE PAIN. THE JUDGE SEEING THIS WAS SO
12. HISSELF MADE A COURT ORDER FOR PAIN PILL'S
13. TO BE REISSUED. AS IT WAS STATED THESE INJURY'S
14. HAPPENED AT TOWERS JAIL. FINALY AFTERNOON 6-1-07
15. ONLY BECAUSE OF COURT ORDER PAIN MEDICATION
16. WAS RESTARTED. BY THESE MALICOUS ACTIONS AND
17. OF DENIING RULAPAUGH TREATMENT OF MEDICAL
18. NEED'S HAS PUT HIM IN SEVERE PAIN AND AGONY.
19. SENCE THE ASSAULT ON ME ON OCTOBER 25-2006
20. SHERIFF JOSEPH ARPAIO DISREGAURD FOR THE
21. UNITED STATES FEDERAL LAW'S AND PEOPLE'S
22. CIVIL RIGHTS HAS CAUSED ME TO SUFFER
23. SEVERELY. THESE INJURY'S WILL CONTINUALY
24. CAUSE PLAINTIFF PAIN AND TROUBLE THE REST OF
25. HIS LIFE WITHOUT PROPER TREATMENT. AND HAS
26. DONE SO THEN, NOW AND WILL IN THE FUTURE.
27.
28.

# COUNT III

1. The following constitutional or other federal civil right has been violated by the Defendant(s): _____

_Violation of Plaintiffs 8th Amendment U.S. Constitution Cruel and Unusual Punishment_

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
   ☐ Mail  ☐ Access to the court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments.)

_Following the Assault Plaintiff was in need of walking assistance (ie wheelchair). Once this assistance was provided. Plaintiff was now forced to wait hours upon hours in various holding cells. While awaiting transportation to and from court. Some holding cells had no toilet and no water. Thay were only 4 or 5 feet square. Rulapaugh had to pound on the door for an hour at a time to get transportation officers attention to have a bowl movement and had to hold it for that hole time. The officer's would come to the holding cell of Rulapaugh mad. Thay would threaten him for hitting the door to use the toilet. The officer's would threaten to tazze him. Thay did not care thay would say shit your pants. Plaintiff would be done with court by 10:00 - 10:30 am. But was forced to wait as late as 8:30 pm for transportation back to Towers Housing. Two separate grievances were submitted on this issue. But were never addressed officialy. Rulapaugh even brought this to Judge Gama's Attention on court._

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).

_Pain full stress. Pain from no place to set or lay down in small holding cell Adding Pain to injurys. Pain from triing to hold bowl movement and urine for over extrem time_

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☑ No
   b. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☑ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _Could not get grievances in time Allowed most of the time or were never Answerd, thrown away + Got no copy!_

**(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

6

1  TAKE OFF's AND SUDDEN STOP's. THARE ARE THREE OR
2  FOUR STOP's AND TURN's. PLAINTIFF STARTED SLIDING
3  AROUND IN HIS WHEELCHAIR IN THE BACK OF THE VAN
4  PLAINTIFF TRIED TO BRACE HIMSELF WITH HIS FEET
5  BUT COULD NOT OR WITH HIS HAND. THE SEAT BELT HAD
6  LOSSENED UP. WE WERE AT 27TH AVE I STARTED TO
7  YELL AT THE DRIVER BUT HE PUNCHED THE GAS
8  AND TURNED ON 27TH AVE TO THE LEFT. WHICH AT
9  THAT TIME I WENT FLIING AGAINST THE BACK OF
10 THE CAGE AND THE WHEELCHAIR LIFT. I HIT MY
11 HEAD AND SHOULDER. THE WHEELCHAIR COLLAPSED
12 ON ME. PLAINTIFF YELD FOR HELP. THEY PULLED OVER
13 AND HAD TO UNTANGLE ME FROM EVERYTHING. THEN
14 PUT ME BACK IN THE WHEELCHAIR. THIS TIME THEY CHECKED
15 TO MAKE SURE IT HELD. I ASK TO SES A DOCTOR AT
16 THE HOSPITAL. THE OFFICERS ASSURED ME THEY WERE
17 GOING TO TAKE ME TO SEE A DOCTOR. BUT I WAS TAKEN
18 TO THE COURT HOUSE. THE DRIVER WENT IN AND TALKED
19 TO SOMEONE IN CHARGE IN TRANSPORTATION. THE
20 DRIVER WAS TOLD NOT TO TAK ME TO THE HOSPITAL BUT
21 TO TAKE ME BACK TO TOWER's MEDICAL. THARE I WAS
22 CHECKED OVER BY A MALE NURSE. AND WAS TOLD I
23 DID NOT NEED TO GO TO THE HOSPITAL. THIS WAS
24 AT 6:00 AM. THEY PUT ME ON SICK CALL. I SEEN
25 A PROVIDER NOT A DOCTOR AT 3:00 P.M. I STILL
26 WAS IN SEVERE PAIN AND ASK TO GO TO THE
27 HOSPITAL TO SEE A REAL DOCTOR AND HAVE
28 X RAY's BUT WAS TOLD NO.

6 A

FROM PAGE 6-B 2 of 3

1. RECORD IN OPEN COURT. THIS ON COURT RECORD
2. SUPERIOR COURT 11E 2-8-07 AND 2-15-07. PLAINTIFF
3. WAS FORCED TO REMAIN IN HANDCUFFS AND LEG CHAIN'S
4. WHILE AWAITING TRANSPORTATION. LEAVING HIM
5. BOUND AND SHACKED ALMOST 20 HOURS. PLAINTIFF
6. HAS INFORMED OFFICERS OF THE ADDITIONAL PAIN
7. AND SUFFERING. THIS HAS CAUSED TO THE PLAINTIFF.
8. TRANSPORTATION OFFICERS TOLD RULAPAUGH TOO BAD
9. YOU ARE IN JAIL. AS A DIRECT MALICIOUS ACTIONS
10. OF DEFENDANTS, THE PLAINTIFF HAS HAD SEVERE
11. INJURIES INFLICTED UPON HIM. THIS HAS ADDED
12. MORE DAMAGE TO THE INJURIES ALREADY RECEIVED
13. FROM THE ASSUALT ON RULAPAUGH'S LIFE WHILE
14. IN TOWERS JAIL. THIS IS ALSO MISSTREATMENT
15. AGAINST A HANDIECAP PERSON. WHICH IS
16. IN VIOLATION OF AMERICANS WITH DISABILITIES
17. ACT AS IT PERTAINS TO JAILS.
18. ALSO RULAPAUGH WAS FORCED TO LEAVE HIS
19. WHEELCHAIR AND STEP UP STEPS IN THE COURT
20. ROOM TO BE SEATED WITH THE OTHER INMATES
21. AS THARE WERE NO WHEELCHAIR RAMP'S.
22. ON 6-8-07 I RULAPAUGH WAS BEING TRANSPORTED
23. TO COURT AT ABOUT 5:00 AM. THE TWO OFFICERS PUT
24. PLAINTIFF IN WHEELCHAIR LIFT VAN. ONE OFFICER
25. PUT SEAT BELT ACROST ME AND THE WHEELCHAIR.
26. PLAINTIFF HAD HANDCUFFS AND LEG CHAINS ON. FROM
27. THE TIME THEY PUT HIM IN THE WHEELCHAIR. OFFICERS
28. LEFT TOWERS AND MAKING SHARP TURN'S, FAST

6 B

## VIOLATION OF 8TH AMENDMENT U.S. CONSTITUTION

1. SEPTEMBER 2006 IT WAS GETTING COLD IN TOWERS
2. JAIL. PLAINTIFF STARTED ASKING THE OFFICERS TO
3. TURN ON THE HEAT. THEN IN THE MONTH OF OCTOBER
4. IT WAS VERY CHILLY. BUT NO HEAT HAD BEEN TURNED
5. ON. WE ALL AT TOWERS JAIL WERE COMPLAINING.
6. I AND SEVERAL OTHERS PUT IN MATE REQUESTS AND
7. GRIEVANCES IN. BUT I WAS TOLD THAT WAS ALL THE
8. HEAT THERE WAS. OFFICERS ALL HAD COATS ON. AS IT
9. WAS SO COLD. FINALLY IN NOVEMBER WE WERE GIVEN
10. THERMAL UNDERWARE TOPS ONLY. BY AND IN DECEMBER
11. I HAD PUT SEVERAL GRIEVANCES IN. BUT D.O. WOULD TAKE
12. THEM FROM MY DOOR AND REFUSE TO GIVE ME MY COPY
13. AND GOT NO RESPONSE. AT LAST WE WERE GIVEN ONE
14. EXTRA BLANKET. PLAINTIFF WAS STILL FREEZING. I WAS
15. ALWAYS TOLD THE HEAT IS ON. THAT'S ALL THERE IS. WE
16. WERE LIED TO ABOUT THE HEAT. IT WAS HARD TO SLEEP
17. AND HARD TO TAKE A SHOWER. THEN IN JANUARY SHERIFF
18. JOSEPH ARPAIO MADE A STATEMENT ON T.V. HE SAID TO
19. HELL WITH THE PRISONERS! HE ALSO SAID THAT THEY COULD
20. FREEZE! HE DID NOT CARE! DO TO PUBLIC UPRISING. THIS
21. FORCED THE SHERIFF IN TO TURNING ON THE HEAT. THIS
22. WAS ON JAUARY 18, 2007. BUT COMFORT WAS SHORT LIVED
23. ON JANUARY 27. 2007 IT WAS SO COLD OUTSIDE IT SNOW-
24. ED FOR ABOUT AN HOUR. WE SAW IT OUTSIDE OUR WINDOW'S
25. THE HEAT WAS TURNED OFF. THIS WAS ONLY AFTER 9 DAY'S.
26. NO HEAT FROM 9-2006 TO 1-18-2007/1-27-2007 TO WORM
27. WEATHER THERE WAS NO HEAT. PLAINTIFF HAD A COLD WITH
28. RUNNY NOSE, ICHY RED EYES AND SORE THROUT ALL WINTER.

(ADDED PAIN TO JURY'S)   7 A

COUNT II

## VIOLATION OF 8TH AMENDMENT U.S. CONSTITUTION

1. PLAINTIFF COMPLAINED TO D.O.'s ABOUT LIGHTS
2. BEING LEFT ON UNTILL 12:00 TO 1:00 AM EVERY
3. NIGHT. THE LIGHTS WOULD BE TURNED ON THROUGH OUT
4. THE NIGHT EVERY 30 MINUTES ON EVERY WALK
5. THIS WOULD WAKE UP RULAPAUGH, PLAINTIFF PUT
6. IN GRIEVANCE'S. I WAS PROMISED SOMETHING
7. WOULD BE DONE, AFTER ANOTHER GRIEVANCE
8. LIGHTS WERE ONLY TURNED ON TWICE DURING THE
9. NIGHT. BUT STILL THE LIGHTS WOULD REMAIN ON
10. UNTILL LATE 12:00 TO 1:00 AM. SOME D.O.'s DID
11. TURN THE LIGHTS OFF AROUND 11:30 PM BUT VERY
12. FEW AND ONLY UP ONE REQUEST. MOST D.O.'s
13. WOULD MAKE SURE THE LIGHTS STADE ON IF
14. RULAPAUGH WOULD ASK IF THE LIGHTS COULD BE
15. TURNED DOWN IN THE CELL'S. THE LIGHT'S CAUSED
16. MORE PAIN TO PLAINTIFFS HEAD INJURY'S AS
17. RULAPAUGH HAD HEADACHES FROM THE HEAD
18. INJURY'S FROM THE ASSAULT ON OCTOBER 25, 2006
19. THIS IS ALSO IN VIOLATION OF HART-V-HILL
20. HART-V-MCSO PARAGRAGH 23. THIS IS TO SHOW
21. HOW CRUEL AND DISREGUARDS TO THE LAW THE
22. SHERIFF AND ADMINISTRATION FROM SEARGENTS
23. AND UP ACT. AND ORDER UNDER OFFICERS TO DO
24. AND FOLLOW UNLAWFUL ACTS AGAINST INMATES.
25.
26. INJURY'S: HEADACH'S WORSENED AND LACK OF SLEEP
27.
28.

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.

CHARGE SHERIFF JOSEPH ARPAIO WITH CRIMINAL MALICE AGAINST INMATES. AS THIS WILL BECOME VERY CLEAR DURING TRIAL. THROUGH TESTAMONY AND ALSO EVIDANCE OF NUMEROUS WITNESSES! HE HAS NO REGUARD TO ANYONE'S CIVIL RIGHTS! U.S. COURT SHOULD IN FORCE CIVIL RIGHTS TO BE UPHELD BY MONITORING. COUNT I : FOR ASSAULT ON MY LIFE AND INJURYS. THAT MAY LEAD TO LIFE TIME OF BEING CRIPLED. FOR THE NEEDED SURGURY'S - MEDICAL EQUIPMENT - REHABILATATION THAREPY - PAIN AND SUFFERING. CRUEL AND UNUSUAL PUNISHMENT $2,750,000
COUNT II: FOR IMPROPER MEDICAL CARE! TEST'S WERE DONE BUT NO MEDICAL CARE RECEIVED. INJURYS ARE WORSE # 550,000 ºº
COUNT III : CRUELITY & MISSTREATMENT TO A HANDICAP #150,000 ºº
COUNT IV CRUEL AND UNUSUAL PUNISHMENT $ 50,000 ºº
COUNT V CRUEL AND UNUSUAL PUNISHMENT $ 50,000 ºº

THESE AMOUNTS ARE JUST FOR THE JURY TO CONSIDER BUT TOTALY UP TO THE JURY!

I declare under penalty of perjury that the foregoing is true and correct.

Executed on JUNE 8 2007
DATE

*Kenneth Rulapaugh*
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than fifteen additional pages. The form, however, must be completely filled in to the extent applicable.