1. Kenneth D. Rulapaugh  Bed 1-044 A.D.C. 96633
2. ███████  ARIZONA STATE PRISON
3. ███████  C.A.C.F P.O. Box 9600
4. ███████  Florence, AZ. 85232
5.
6. In the **UNITED STATES** District Court
7. For the District of Arizona
8.

| | |
|---|---|
| 9. Kenneth D. Rulapaugh | NO: CV07-0826-PHX-ROS(MHB) |
| 10.  -V-  Plaintiff | |
| 11. Maricopa Sheriff's Office | Request For Legal Attorney'Assistants' |
| 12. Joseph Arapaio | And Postponement To consault with Him. |
| 13.   et al | |
| 14. | |

15.
16. Now comes the **Plaintiff**   Kenneth D. Rulapaugh in Propria Persona
17. Plaintiff has become over-whelmed by The U.S. District Courts Judges
18. bombardment of Legal Requests. That He does not understand, Plaintiff
19. does not know how to or understand How To fill out or what He is to follow,
20. What is being ask or required to write up. Plaintiff is totally confussed at
21. on which or what is or to do. The County Attorney Also Has bombarded The
22. Plaintiff with Legal Request He does not understand Aswell. This seems
23. To be A Joint Effort To Flood The Plaintiff with so much To much
24. Legal work. Also Knowing Plaintiff would also be bussy with Both
25. Filing and Responding To Appeal Court And Superior Court Rule 32.
26. Both Just did This. Just To cause Plaintiff To be confussed with To much
27. Legal work He does not understand or what or How To do. So He cannot
28. complete The Required Requests. So Then The U.S. District Judges can say Default,

1. So Then Judge Silver And Judge Burns can dismiss The Rest unJustLy, Like
2. They Have been doing. Dismissing Parts That should not Have been, Just by
3. Ignoreing case Laws, That would Help PlainFiff such As, (Abney-v-McGinnis)
4. (cite as: 380 F.3d 663) section(3&4) There Are certain 'special circumstances'
5. In which, The Prisoner's Failure To comply with administrative Procedural
6. Requirements MAY nevertheless Have been JusTified. Section(5+6)
7. IF A Prisoner Had To Grieve non-compliance with Favorable dicisions
8. under The P.L.R.A., Prison Official could Keep Prisoners out of Courts
9. Indefinitely by saying 'yes' To Their Grievance And 'No' In Practice.
10. Section(7) A Prisoner who Has not Received Promised Relief Is NOT
11. Required To File A new Grievance where doing so MAY Result In A
12. Never-Ending cycle of Exhaustion. Accordingly, we Find That Abney
13. Has sufficiently Alleged Full Exhaustion of All Available Adminis-
14. trative Remedies, Civil Rights of Institutionalized Persons Act § 7(a),
15. 42 U.S.C.A. § 1997c(a)(eq) Also see: (Giano-v-Goord) 380 F.3d 670. (Ziemba-v-
16. Wezner) 366 F.3d 161, 163-134 (2dcir 2004)(Foulk-v-Charrier) 262 F.3d 687,
17. 698 (8Th cir 2001)(Hemphill-v-NewYork) 380 F.3d 680 (2nd cir 2004)
18. In (Taylor-v-List) 880 F.2d 1040)(9Th cir 1989) *1044 AT Middle of sentence
19. TayLor often was unable To Request specific cases From The Law
20. Library *1044 because He did not Have Access To digests To deTer-
21. mine which cases were Relevant. (U.S.C.A. 6Th Amend)
22. (28 U.S.C.A 1654 Right To Self-Representation.)
23. At The Time of Plaintiffs Response To Defendant Motion To
24. dismiss because of NON-Exhaustion. Plaintiff, did not Have These
25. case Laws. He did not Have Access To Law digests As To what
26. cases To Get or use. Plaintiff proved Defendants The Sheriffs Office
27. Inmate LegaL services' Intentional with Held Laws That wer Relivant
28. And detramental To His complaint. As In (Taylor-v-List) 880 F.2d 1040)

(2)

1. was denied his right to equal access to legal material. Prisoners
2. that are self-representing; should have the same opportunity, as the
3. County Attorneys Office; as they have unlimited amount of knowledge
4. and access to legal material.
5. Not only that but Plaintiff legal mail in his case from his "Power
6. of Attorney; that handles all his legal correspondance with the
7. United States District Court, is being hindered, opened and
8. read. Internet addresses have been E-mail also by Central Arizona
9. Correctional Facility". She is the only means to the Plaintiff in
10. his persuit in his CV07-0826-PHX-ROS(MHB) 42 U.S.C. § 1983 case.
11. Plaintiff legal confidentiality in his Civil Right's case is being abridged.
12. There is no legal library; nor, is there a para-legal on property, it
13. takes days sometimes weeks to get something approved.
14. Plaintiff does not understand; nor, does he have the means to
15. conduct his legal affairs confidentially.
16. Therefore Plaintiff request an Attorney be appointed or given the
17. time to get an Attorney to help Plaintiff complete the legal
18. work. Plaintiff has also <u>been Forced</u> to take "<u>Manditor classes</u>"
19. '<u>Mandatory Literacy</u>' And '<u>High School Requirements</u>' 'GED'. This
20. has taken almost <u>all of Plaintiffs Time, since his arival at CACF</u>.
21. Plaintiff is haveing extrem trouble getting legal work back
22. and forth with his Power of Attorney; the one that has been
23. his only help and mean's to get anything copied, mailed
24. or filed and any research. C.A.C.F. does not recognize that
25. our correspondance and our relationship is legal, nothing
26. but legal. Therefor Plaintiff cannot continue without the
27. help of an Civil Rights Attorney; the only CACF. will allow
28. Legal mail to Plaintiff. Thank you!        Kenneth D. Rulapaugh

Submitted 11/24/08              (3)

1. MAIL To Power of Attorney For Copies, Mailings And Filings.
2. Also For Keeping copy For Record of such.
3. Mail This 24 day of November 2008
4. Original And Two(2) copies TO:
5. Clerk of UNITED STATES DISTRICT COURT
6. 401 W. Washington ST. SPC 1
7. Phoenix, AZ 85003-2118
8. COPY TO:
9. Honorable Judge Roslyn O. Silver
10. UNITED STATES DISTRICT COURT
11. COPY TO:
12. Honorable Judge Michelle H. Burns
13. UNITED STATES DISTRICT COURT
14.
15. COPY TO:
16. Deputy County Attorney Thomas P. Liddy
17. 222 N. Central Ave. Suit 1100
18. Phoenix, AZ 85004-2206
19. Attorney For Defendants: ARPAIO, TORRES, SALIAS, GABRIEL,
20. MAYCOCK, HYATT, ALLEN, J.B, MARTIN, WHITNEY, LEO, SALIANAS
21. ATKENSON and Robinson.
22.
23.
24. Kenneth D. Bulapaugh
25. Bed 1-D-44 A.D.C 96633
26. C.A.C.F.
27. P.O. BOX 9600
28. Florence, AZ. 85232