IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Rulapaugh,<br><br>    Plaintiff,<br><br>v.<br><br>Maricopa County Sheriff's Office, et al.,<br><br>    Defendants. | NO. CV 07-0826-PHX-ROS (MHB)<br><br>**ORDER** |

A Stipulation for Substitution of Counsel (Doc. #86) having been duly presented and considered, and good cause appearing therefore:

IT IS HEREBY ORDERED granting the Stipulation of Substitution of Counsel (Doc. #86),

IT IS FURTHER ORDERED that Thomas F. Harper, Stephen M. Dichter, and Erin E. Byrnes of the law firm HARPER, CHRISTIAN, DICHTER & GRAIF, P.C. are hereby substituted as attorneys of record for Defendants Torres, Salias, Gabriel and Whittney in this matter; and that J. Scott Dutcher and the Maricopa

1  County Attorney's Office be relieved of all further involvement in this matter
2  effective immediately.
3     Dated this 27th day of July, 2009.

4
5                    _____
                     Michelle H. Burns
6                    United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22