IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Rulapaugh, ) | CIV-07-826-PHX-ROS (MHB) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Maricopa County Sheriff's Office, et al., ) | |
| Defendants. ) | |

Pending before the Court is Plaintiff's request for the Court to appoint an investigator to locate and obtain the names and addresses for each witness he intends to subpoena to appear and present testimony at trial. (Doc. #84.) Plaintiff having no right to a court appointed investigator, the Court will deny his request.

Accordingly,

**IT IS ORDERED** that Plaintiff's request for a court appointed investigator (Doc. #84) is **DENIED**.

DATED this 6th day of August, 2009.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge