IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Rulapaugh, | CIV-07-826-PHX-ROS (MHB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County Sheriff's Office, et al., | |
| Defendants. | |

The Court, having considered Defendants' Emergency Motion for Ruling on Motion to Extend Discovery Cutoff and Dispositive Motion Deadline, which the Court construes as a separate motion to extend the discovery cutoff and dispositive motion deadlines (Doc. #100),

**IT IS ORDERED** that Defendants' motion to extend the discovery cutoff and dispositive motion deadlines (Doc. #100) is **GRANTED in part** as set forth in this order;

**IT IS FURTHER ORDERED** that the discovery cutoff and dispositive motion deadlines set forth in this matter are stayed until the Court rules on Defendants' Motion to Dismiss, Motion for Summary Disposition, and Plaintiff's motion to postpone. The Court will set new discovery cutoff and dispositive motion deadlines once said motions have been ruled on by the Court.

DATED this 30th day of October, 2009.

_Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge