SVK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Rulapaugh, | No. CV 07-0826-PHX-ROS (MHB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County Sheriff's Office, et al., | |
| Defendants. | |

Plaintiff Kenneth Rulapaugh filed this civil rights action under 42 U.S.C. § 1983 against various officials of the Maricopa County Sheriff's Office (MCSO). (Doc. #14.) Defendants moved to dismiss for failure to prosecute and for summary disposition. (Doc. ##93, 97.) Plaintiff moves to postpone or continue. (Doc. #98.) The Court will construe Plaintiff's motion as one for an extension of time to respond and grant it.

Plaintiff asserts that he attempted to respond to the motion to dismiss but Correctional Officer Carlson refused to accept Plaintiff's mail and returned it on September 18, 2009. (Doc. #98 at 1.) Plaintiff further asserts that he became very upset and that he had a heart attack and was taken to the hospital where he underwent open-heart surgery. (Id. at 2.) He alleges that he had a triple by-pass on September 20 and that his recovery is expected to be six weeks. Plaintiff seeks an extension of time for six weeks plus 30 days. (Id.) Defendant filed no opposition to the motion.

The Court will grant the motion and extend Plaintiff's time to file responses to the Motion to Dismiss (Doc. #93) and to the Motion for Summary Disposition (Doc. #97);

Plaintiff must file his responses by December 4, 2009. Because Plaintiff asserts that he already prepared a response to the Motion to Dismiss, the Court will grant no further extensions of time. Defendants have 15 days to file replies. Because Defendants' Motion to Dismiss and Motion for Summary disposition are not ready for ruling, those matters will remain with the Magistrate Judge.

**IT IS ORDERED:**

(1)  The reference to the Magistrate Judge is withdrawn as to Plaintiff's Motion to Postpone or Continue (Doc. #98). All other matters will remain with the Magistrate Judge.

(2)  Plaintiff's Motion to Postpone or Continue (Doc. #98) is **granted**; Plaintiff must file his responses to Defendants' Motion to Dismiss (Doc. #93) and Motion for Summary Disposition (Doc. #97) by December 4, 2009.

(3)  Defendants have 15 days from the time Plaintiff files any response to file their replies.

(4)  The Clerk of Court must send Plaintiff a copy of Defendants' Motion for Summary Disposition (Doc. #97).

DATED this 13th day of November, 2009.

_____
Roslyn O. Silver
United States District Judge