✓ FILED          ___ LODGED
___ RECEIVED    ___ COPY

MAY 26 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                      M DEPUTY

1  Kenneth D, Rulapaugh ADC 96633

2  Central Arizona Correctional Facilty

3  PO Box 9600

4  Florence, AZ. 85007

5

6            IN The  UNITED STATES District court

7            For The  DISTRICT of  ARIZONA

8

9  Kenneth D. Rulapaugh                NO; CV07-0826-PHX-ROS (MHB)
            Plaintiff
10        -V-

11  MARICOPA Sheriff's Office          Plaintiff Response

12  Joseph Arpaio                      To Defendance Motion

13     et AL                           To Dismiss.

14

15

16  Now Comes The Plaintiff Kenneth D, Rulapaugh IN PROPRIA PERSONA

17  In Answer To defendance Motion To dismiss, due To Plaintiff

18  Giving, Not Allowing The scheduled 4/27/10 deposition.

19

20  Defendants Filed 4/15/10 For Emergency Motion To Extend

21  Dead Line Time To Take Plaintiff deposition. Magistrate

22  Burns Response Granting defendants Motion Filed 4/16/10

23  was Only ONE Day Response Time.

24  The court "Magistrate Burns" was Notified Filed 4/19/10 The

25  Taking of Plaintiffs deposition was scheduled 4/27/10,

26  As well as Plaintiff being Notified.

27  Defendants Motion To Dismiss For Plaintiff Failure

28  To Allow His deposition To be Taken on scheduled 4/27/10

                        (1)

1  Date, was Filed 4/28/10. Magistrate Burns, Reviewed
2  Desided upon, written and Filed 4/29/10 Response All
3  In Only ONE Day. Magistrate Burs, Showing Expediate
4  Exicution To Her Responses, Which They Are Extensive, To
5  Defendants Motions on The Deposition And To Dismiss,
6  Useing This Only ONE Day Time Fram, For Responses From
7  Magistrate Burns; To Defendants Motions As A Guide
8  Line And To Expect Equil Rishts To The same Timely
9  ONE Day Responses To Both Partys.
10  Plaintiff Hearing About Victims Civil Rishts. Plaintiff was
11  Thinking He Had Equil Rishts To This. His Motion Filed 4/22/10
12  Five (5) Days Before The Deposition. Looking At Magistrate
13  Burns, ONE Day Response Fram To Defendants Motions.
14  Magistrate Burns Response Denying Plaintiff Motion, Should
15  Have Been Received by Plaintiff Before The 4/27/10 Date
16  For The scheduled Deposition, But, Magistrate Burns Respon
17  se To Plaintiff Motion was NOT The ONE Day Response As
18  Should Be Expected, IT Was over Two (2) Weeks, 5/7/10
19  15 Days.
20  Plaintiffs Motion, Should Have Been Answered First, As was
21  Filed 4/22/10 Six (6) Days, Before, Defendants Motion To Dismiss
22  4/28/10, Answered 4/29/10 By Magistrate Burns, Especially con-
23  sidering The ONE Day Response Time Seen Here.
24  This should Be Looked AT And considered As Court ERROR on
25  The Behalf of Magistrate Burns ERROR, In NOT Responding
26  with Equil consideration And Equil Rishts To Receive Equil
27  Response Times To Both Defendants And Plaintiffs Filed
28  Motions. Plaintiff sees This As Court ERROR As To His

1   EQuil Rights And Protection under The Law.
2   Defendants 'Motion To Dismiss' Due To This ERROR Should
3   Be MOTT, By COURT ERROR, Failure By Magistrate Burns To
4   Respond EQuilly To Plaintiffs Motion By The 4/27/10 sch-
5   eduled Deposition Date, with The ONE Day Response.
6   Plaintiff Did STATE To Defendants Attorney. That He
7   Had not Yet Gotten A Response Answer From The COURT In
8   Regards To His Motion of ARIZONAS Civil Rights ASA Victim,
9   Assistants of A Attorney During Questioning. Defendants ATTORNEY
10  Reconized she Had Received Plaintiff Motion. Plaintiff Told
11  Her until He Received The Courts dicision on His Motion, He
12  considered His ARIZONA Civil Rights would Be violaTed By The
13  Attorney Forcing Him To Answer ANY Questions without ANY
14  COURT Ruling on His Question To His Civil Right ASA Victim-
15  If The would Have Responded To Plaintiff Motion Filed 4/22/10
16  In The ONE Day Time Fram, As The Defendants were!
17  The scheduled 4/27/10 Deposition would Have been Taken
18  with NO Delays.
19  Plaintiff Has No Problem with Doing The Deposition. There
20  For, Defendants Motion to Dismiss Must be 'Denied'!
21  The Deposition should Be Rescheduled And All Time
22  Fram Dead Lines Reposted In ACCORDance To The
23  NEW Deposition scheduled Date.
24  Plaintiff Thanks The Court For Their understanding In
25  This Matter And Their sence of EQuil Fair Responses.
26  Submitted This May 20, 2010.
27                          Kenneth D. Rulapaugh
28                          Kenneth D. Rolapaugh

(3)

1  Turned over To C.A.C.F. Librarian To Get
2  Para-Legals Approval To copy For U.S. Court
3  on This  20  day of  May  2010.
4  Original and 2 copies To:
5  Clerk of UNITED STATES District court
6   401 W. Washington ST. SPC1   Suit 130
7  Phx. AZ. 85003-2118
8
9  Copy To:
10  Honorable Judge Roslyn O. Silver
11  UNITED STATES District court Judge
12  Copy To:
13  Honorable Judge Michelle H Burns
14  UNITED STATES Magistrate
15
16
17  Copy To:
18  Graif, Barrett & Matura, P.C.
19  1850 N, Central Ave, Suite 500
20  Phx, AZ, 85004
21  Attorney For Defendants: ARPAIO, Torres, Selles, Gabriel,
22  Maycock, Hyatt, Allen, Martin, Whittney, Leo, Salianas
23  ATKenson and Robinson.
24  Copy To:
25  Kenneth D, Rylapaugh ADOC 96633
26  Central ARIZONA correctional facility,
27  PO Box 9600
28  Florence  AZ,  85232

                    Page of Service